# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| LA SENZA INTERNATIONAL, LLC | ) Case No. 20-10154 (LSS) |
| Alleged Debtor. | ) |
| In re: | ) Chapter 7 |
| LA SENZA INTERNATIONAL CANADA, LLC, | ) Case No. 20-10155 (LSS) |
| Alleged Debtor. | ) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that trial is scheduled to commence in the above-captioned cases at **10:00 a.m. EST on Tuesday, April 28, 2020** and shall continue on **Wednesday, April 29, 2020 at 10:00 a.m. EST** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Sixth Floor, Courtroom No. 2, Wilmington, Delaware 19801.

Dated: February 26, 2020  
Wilmington, Delaware

*/s/ Richard M. Beck*
Domenic E. Pacitti (DE Bar No. 3989)
Richard M. Beck (DE Bar No. 3370)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193
Email:    dpacitti@klehr.com
         rbeck@klehr.com

- and –

James A. Stempel (admitted *pro hac vice*)
Robert B. Ellis, P.C. (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to Petitioning Creditor*
*MGF Sourcing US, LLC*