**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LA SENZA INTERNATIONAL, LLC, | ) | Case No. 20-10154 (LSS) |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 7 |
| LA SENZA INTERNATIONAL CANADA, LLC, | ) | Case No. 20-10155 (LSS) |
| | ) | |
| Alleged Debtor. | ) | |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING**
**STIPULATION STAYING PROCEEDINGS**

I, Richard M. Beck, hereby certify that:

1.  Counsel to La Senza International, LLC and La Senza International Canada, LLC (the "Alleged Debtors") and the petitioning creditors, MGF Sourcing US, LLC, Ocean Lanka (Pvt) Ltd and Teejay Lanka Plc (the "Petitioning Creditors"), have agreed to, and have, entered into a stipulation (the "Stipulation") staying the above captioned proceedings.

2.  Attached hereto, as **Exhibit 1**, is a proposed form of order (the "Proposed Order"), which approves the Stipulation. The Stipulation is attached as **Exhibit A** to the Proposed Order.

WHEREFORE, counsel for the Alleged Debtors and the Petitioning Creditors respectfully request that the Court enter the Proposed Order granting the relief requested in the Stipulation and such other further relief the Court deems just and proper.

2

Dated:  April 17, 2020

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Richard M. Beck*
Domenic E. Pacitti (DE Bar No. 3989)
Richard M. Beck (DE Bar No. 3370)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Email: dpacitti@klehr.com
        rbeck@klehr.com

*Counsel to Petitioning Creditor*
*MGF Sourcing US, LLC*