**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LA SENZA INTERNATIONAL, LLC, | ) | Case No. 20-10154 (LSS) |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 7 |
| LA SENZA INTERNATIONAL CANADA, LLC, | ) | Case No. 20-10155 (LSS) |
| | ) | |
| Alleged Debtor. | ) | |

**ORDER APPROVING STIPULATION FURTHER**
**EXTENDING STAY OF PROCEEDINGS**

Upon consideration of the Stipulation (the "Stipulation") between counsel to La Senza International, LLC and La Senza International Canada, LLC and the petitioning creditors, MGF Sourcing US, LLC, Ocean Lanka (Pvt) Ltd and Teejay Lanka Plc, a copy of which is attached hereto as **Exhibit A**, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Stipulation and all of the terms set forth therein are APPROVED and shall have the full force and effect of an order entered by the Court with respect thereto; and it is further

PHIL1 7032933v.1

2

ORDERED that this Court retains jurisdiction to interpret, implement and enforce the provisions of this Order and the Stipulation.

**Dated: May 20th, 2020**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

2

PHIL1 7032933v.1