**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LA SENZA INTERNATIONAL, LLC, | ) | Case No. 20-10154 (LSS) |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 7 |
| LA SENZA INTERNATIONAL CANADA, LLC, | ) | |
| | ) | Case No. 20-10155 (LSS) |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |

## STIPULATION FURTHER STAYING PROCEEDINGS

The parties hereto stipulate and agree as follows:

WHEREAS, on January 24, 2020 this action was initiated by the filing of involuntary chapter 7 petitions by petitioning creditors MGF Sourcing US, LLC, Ocean Lanka (Pvt) Ltd and Teejay Lanka Plc (the "Petitioning Creditors"), against La Senza International, LLC and La Senza International Canada, LLC (the "Alleged Debtors");

WHEREAS, the Court had set a trial date for the involuntary petition on April 28 and 29, 2020 (the "Trial Dates");

WHEREAS, on February 20, 2020, the Alleged Debtors filed a Motion to Dismiss the involuntary petitions (the "Motion to Dismiss"); and

WHEREAS, due to the COVID-19 pandemic, the parties were unable to complete discovery and pretrial preparation and agreed to stay the cases through May 18, 2020 and remove the Trial Dates (the "Stipulation"); and

WHEREAS, on April 20, 2020, the Court entered an Order approving the Stipulation; and

WHEREAS, the parties require additional time to prepare an agreed upon scheduling order and have agreed to further stay these cases until June 8, 2020, subject to the approval of the Court, at which point the parties will submit an agreed upon scheduling order or further stipulation.

NOW, THEREFORE, with the foregoing Background incorporated herein as if fully set forth, the Parties stipulate and agree as follows:

1.      All proceedings in these cases, including, but not limited to, all discovery, the Motion to Dismiss, all other motion practice and any other activities and deadlines applicable to these cases are hereby stayed through and including June 8, 2020.

2.      The Parties shall submit either an agreed upon scheduling order or further status report to the Court on or before June 8, 2020.

3.      This stipulation and the period of the stay provided for herein shall not be used by any of the Parties as evidence of undue delay, prejudice by undue delay, laches or any similar claim, defense or contention in connection with these cases.

IT IS SO STIPULATED this 18th day of May, 2020.

*[Remainder of Page Intentionally Left Blank]*

2

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| */s/ Lucian B. Murley*_____<br>Lucian B. Murley (DE Bar No. 4892)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone:    (302) 421-6898<br>Email:  luke.murley@saul.com | */s/ Richard M. Beck*_____<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Richard M. Beck (DE Bar No. 3370)<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Email: dpacitti@klehr.com<br>           rbeck@klehr.com |
| -and-<br><br>Lawrence E. Oscar (admitted *pro hac vice*)<br>Daniel A. DeMarco (admitted *pro hac vice*)<br>**HAHN LOESER & PARKS LLP**<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114-2316<br>Telephone:    (216) 621-0150<br>Facsimile:    (216) 241-2824<br>Email:  leoscar@hahnlaw.com<br>           dademarco@hahnlaw.com<br><br>*Attorneys for La Senza International, LLC and La Senza International Canada, LLC* | -and-<br><br>James A. Stempel (admitted *pro hac vice*)<br>Robert B. Ellis, P.C. (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Michael S. Biehl (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Attorneys for Petitioning Creditor MGF Sourcing US, LLC*<br><br>-and-<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Robert S. Brady*_____<br>Robert S. Brady (DE Bar No. 2847)<br>1000 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6690<br>Facsimile:  (302) 571-1253<br>Email:  rbrady@ycst.com<br><br>*Attorneys for Petitioning Creditors Ocean Lanka (Pvt) Ltd and Teejay Lanka Plc* |

3

PHIL1 8804236v.1<br>36839008.2.docx<br>PHIL1 8911073v.1